**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

KIMBERLY TERRELL,

      Plaintiff,

v.                                                                                    Case No. 17-cv-2928-JPM-tmp

MEMPHIS ZOO, INC.,

      Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of U.S. Magistrate Judge Tu Pham filed on August 8, 2018. (ECF No. 62.) The Court referred the Motion for Sanctions filed by Defendant Memphis Zoo, Inc. (the "Memphis Zoo") to the Magistrate Judge for Report and Recommendation on June 20, 2018. (ECF Nos. 45, 46.) The Magistrate Judge recommends that Memphis Zoo's motion be denied.

"Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Plaintiff Kimberly Terrell has not filed any objections to the Report and Recommendation, and the time for filing objections expired on August 22, 2018. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee note. The Court finds no clear error in the Magistrate Judge's Report and

Recommendation.  The recommendation of the Magistrate Judge is therefore ADOPTED.  The

Memphis Zoo's Motion for Sanctions is DENIED.

       **IT IS SO ORDERED**, this 31st day of August, 2018.

                         /s/ Jon McCalla
                         JON P. McCALLA
                         UNITED STATES DISTRICT JUDGE