AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __TENNESSEE__

KIMBERLY TERRELL

V.

MEMPHIS ZOO, INC

## EXHIBIT AND WITNESS LIST

Case Number: 2:17cv2928-JPM-tmp

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Tu M. Pham | Bryce W. Ashby | J. M. Griffee / C. M. Williams |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| August 1, 2018 | Korian Neal | Sandra McClain |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | x | 8/1/2018 | | | Leah Jenson, H.R. Director, Memphis Zoo |
| | 1 | 8/1/2018 | x | x | Employee Handbook |
| | 2 | 8/1/2018 | x | x | Receipt of #4575 Employee Handbook |
| | x | 8/1/2018 | | | Terry Buckler |
| | 3 | 8/1/2018 | x | x | Email from Andrew Kouba |
| | 4 | 8/1/2018 | x | x | Emails dated August 4, 2017 (Collective) |
| | 5 | 8/1/2018 | x | x | Emails dated November 4, 2017 (Collective) |
| | 6 | 8/1/2018 | x | x | Emails dated November 27, 2017 (Collective) |
| | 7 | 8/1/2018 | x | x | Emails dated November 27, 2017 (Collective) |
| | x | 8/1/2018 | | | Dr. Kimberly Terrell |
| | 8 | 8/1/2018 | x | x | EEOC - Notice of Charge - ID Only |
| | x | 8/1/2018 | | | Leah Jenson, H.R. Director, Memphis Zoo - recalled as rebuttal witness |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages



Thomas M. Gould

*Clerk of Court*

# United States District Court
# Western District of Tennessee

| Federal Building | Federal Building |
|---|---|
| 167 North Main Street, Suite 242 | 111 South Highland, Room 262 |
| Memphis, Tennessee 38103 | Jackson, Tennessee 38301 |
| *901-495-1200 (Telephone)* | *731-421-9200 (Telephone)* |
| *901-495-1250 (Facsimile)* | *731-421-9210 (Facsimile)* |

Date: _____ May 19, 2021 _____

NOTICE:   Retrieval of Exhibits in Case Number: 2:17cv2928

Dear Counsel:

Our records indicate a final determination of the above case has been entered.

Local Rule 79.1(c) of the United District Court for the Western District of Tennessee specifies:

> After the final determination of any action, counsel shall have 30 days within which to withdraw exhibits in the clerk's custody. In the event the exhibits are not so withdrawn, the clerk shall destroy or otherwise dispose of said exhibits.

You are advised the exhibits in this case may be retrieve by contacting the case processing staff at 901-495-1200. **Such arrangements must be made within 10 days from receipt of this notice. Following that date, absent communication from you, the exhibits will be destroyed.**

**PLEASE REVIEW ATTACHED LIST.**

Destruction date: _____ June 1, 2021 _____

Your cooperation is appreciated.

Sincerely,

Thomas M. Gould
Clerk of Court